UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MICHAEL PEREZ<br>Defendant. | INFORMATION<br><br>CASE NO. 26-_110_ ADC<br><br>18 U.S.C. § 1703<br><br>(One Count) |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
*Delay of Mail* 18 U.S.C. § 1703

On or about March 1, 2025, in the District of Puerto Rico, and within the jurisdiction of this Court,

**MICHAEL PEREZ,**

the defendant, being a United States Postal Service officer and employee, did unlawfully delay mail entrusted to him, and which came into his possession and was intended to be conveyed by mail and carried and delivered by any carrier or other employee of the United States Postal Service, and forwarded through and delivered from any post office or station thereof established by authority of the Postmaster General or the Postal Service. All in violation of 18 U.S.C. § 1703.

W. Stephen Muldrow
United States Attorney

_____

Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud &
Public Corruption Section

_____

Tania Y. Salas-De Jesús
Special Assistant United States Attorney
USPS-OIG